Case No. 25-5840

## United States Court of Appeals
### *for the*
### Sixth Circuit

### Maddilyn Marcum

*Plaintiff-Appellant*,

v.

### Cookie Crews, in her official capacity; Denise Burkett, in her official capacity; Appalachian Regional Healthcare, Inc.

*Defendants-Appellees*

*and*

### Commonwealth of Kentucky, ex rel. Attorney General Russell Coleman

*Intervenor Defendant-Appellee*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY, NO. 5:25-cv-00238-GFVT

## STIPULATED DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure ("Fed. R. App. P.") 42(b)(1), Plaintiff-Appellant Maddilyn Marcum ("Marcum"), by counsel, submits this stipulated dismissal of the above-styled appeal. Counsel for the respective appellees—Cookie Crews, Denise Burkett, Appalachian Regional Healthcare, and the Commonwealth of Kentucky—have seen and agreed to this stipulation. The parties further agree that each party shall bear its own costs and fees, if any, relating

to this appeal.

|  | Respectfully submitted, |
|---|---|
| /s Matthew F. Kuhn (by WES w/ permission) | /s William E. Sharp |
| Matthew F. Kuhn | William E. Sharp |
| John H. Heyburn | Corey M. Shapiro |
| Jacob M. Abrahamson | Bethany N. Baxter |
| Caleb B. Childers | ACLU OF KENTUCKY FOUNDATION |
| Office of the Attorney General | 325 West Main Street, Suite 2210 |
| 1024 Capital Center Dr., Suite 200 | Louisville, KY 40202 |
| Frankfort, Kentucky 40601 | (502) 581-9746 |
| Matt.kuhn@ky.gov | corey@aclu-ky.org |
| *Counsel for Appellee Ky. Attorney General* | wsharp@aclu-ky.org |
|  | bbaxter@aclu-ky.org |
|  | *Counsel for Plaintiff-Appellant* |
| s/ Stephen S. Burchett (by WES w/ permission) | s/ Angela T. Dunham (by WES w/ permission) |
| Stephen S. Burchett | Angela T. Dunham |
| K. Brad Oakley | Allison R. Brown |
| M. Jane Brannon | Justice & Public Safety Cabinet |
| Jennifer Horan | Office of Legal Services |
| JACKSON KELLY PLLC | 125 Holmes Street, 2nd Floor |
| 100 West Main Street, Suite 700 | Frankfort, Kentucky 40601 |
| P.O. Box 2150 | Angela.dunham@ky.gov |
| Lexington, Kentucky 40588-2150 | Allison.brown@ky.gov |
| Stephen.burchett@jacksonkelly.com | *Counsel for Appellees Crews and Burkett* |
| kboakley@jacksonkelly.com |  |
| mjbrannon@jacksonkelly.com |  |
| Jennifer.horan@jacksonkelly.com |  |
| *Counsel for Appellee ARH* |  |

## CERTIFICATE OF SERVICE

     I certify that on October 30, 2025, I filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

                        /s William E. Sharp
                        William E. Sharp
                        ACLU OF KENTUCKY FOUNDATION